UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-971(DSD/JMM)

James Rosengren,

Plaintiff,

v.

**ORDER OF REFERENCE**

GMAC Mortgage Corporation,

Defendant.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendant's motion to dismiss in this matter. Any such motion shall be heard before Magistrate Judge John M. Mason.

Dated: December 15, 2000

David S. Doty, Judge
United States District Court

DEC 15 2000

FILED ____________
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______