UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES ROSENGREN, CIVIL NO. 00-971 (DSD/JMM)

Plaintiff,

v. ORDER

GMAC MORTGAGE CORPORATION,

Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated February 13, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss [Docket No. 8] is granted insofar as the Motion seeks dismissal of the Second Amended Complaint, which may be and hereby is dismissed without prejudice. Defendant's Motion is denied insofar as it seeks dismissal of the Amended Complaint.

Dated: 3/7/01

DAVID S. DOTY
United States District Court Judge

FILED 3-7-01
JUDGMENT ENTD
DEPUTY CLERK