# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Rosengren,

v.

GMAC Mortgage Corporation,
a foreign corporation of
Pennsylvania,

Case No. Civil 00-971 DSD/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendant's motion for summary judgment is denied.

Plaintiff's motion for summary judgment is granted.

Plaintiff is awarded $88 to fully compensate him for the damages he suffered as a result of defendant's violation of the automatic stay provisions of 11 U.S.C. 362.

Plaintiff is also awarded attorney fees in the amount of $150.

DATE: August 7, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

41