UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES ROSENGREN,

Plaintiff,

v.

GMAC MORTGAGE CORPORATION,
a foreign corporation of
Pennsylvania,

Defendant.

CIVIL NO. 00-971 (DSD/JMM)

ORDER

Defendant has filed a Motion in Opposition to Taxation of Plaintiff's Costs [Docket No. 54] in response to the Cost Judgment entered by the Clerk of Court on December 6, 2001 [Docket No. 53]. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff may file a Response to Defendant's Motion no later that December 21, 2001.

Dated: December 14, 2001

JOHN M. MASON
United States Magistrate Judge

FILED DEC 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________